# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **BEVERLEY GRAYBILL, on behalf of herself and others similarly situated,** ) ) ) | CASE NO. 5:18-cv-2618 |
| ) | JUDGE MAGISTRATE JUDGE |
| Plaintiffs, ) ) | KATHLEEN B. BURKE |
| vs. ) ) | **ORDER OF DISMISSAL AND APPROVING SETTLEMENT** |
| **TEKFOR, INC.,** ) ) | |
| Defendant. ) ) | |

This matter is before the Court on the parties' Joint Motion for Approval of Settlement and Stipulation of Dismissal With Prejudice ("Joint Motion") pursuant to § 216(b) of the Fair Labor Standards Act. The Joint Motion asks the Court to approve, as fair and reasonable, the proposed settlement reached by the parties and memorialized in the Joint Stipulation of Settlement and Release ("Settlement") attached to the Joint Motion as **Exhibit A**.

Having reviewed the Joint Motion, the Settlement and its exhibits and the pleadings on file in this action, and for good cause established therein, the Court enters this Order of Dismissal and Approving Settlement.

The Joint Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice is **GRANTED**. The Settlement is **APPROVED** as a fair and reasonable resolution of a bona fide dispute under federal law. The parties are to bear their respective attorneys' fees and costs except as provided in the Settlement. The Court retains jurisdiction over this action to enforce terms of the Settlement. This case is **DISMISSED WITH PREJUDICE**.

EXHIBIT B

**SO ORDERED:**

Date: 4/28/20

*[signature]*

KATHLEEN B. BURKE
UNITED STATES MAGISTRATE JUDGE

**SO STIPULATED:**

*/s/ Peter A. Contreras*
Peter Contreras (0087530)
**CONTRERAS LAW, LLC**
1550 Old Henderson Road
Suite 126
Columbus, Ohio 43220
Phone: 614-787-4878
Fax: 614-957-7515
peter.contreras@contrerasfirm.com

*/s/ Matthew J.P. Coffman*
Matthew J.P. Coffman (0085586)
**COFFMAN LEGAL, LLC**
1550 Old Henderson Road
Suite 126
Columbus, Ohio 43220
Phone: 614-949-1181
Fax: 614-386-9964
mcoffman@mcoffmanlegal.com

*Attorneys for Named Plaintiffs and those similarly situated*

*/s/ J. Douglas Drushal*
J. Douglas Drushal (0016932)
Kimberly L. Hall (0090677)
**CRITCHFIELD, CRITCHFIELD & JOHNSTON, LTD.**
225 North Market Street, PO Box 599
Wooster, Ohio 44691
Phone: 330-264-4444
Fax: 330-263-9278
ddrushal@ccj.com; khall@ccj.com

*Attorneys for Defendant Tekfor, Inc.*

EXHIBIT B